IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PUMA ENERGY CARIBE, LLC
**Plaintiff**

v.

COMMONWEALTH OF PR, et al.
**Defendants**

Civil No. 20-1591 (ADC)

TOTALENERGIES MARKETING
PUERTO RICO, CORP.
**Plaintiff**

v.

COMMONWEALTH OF PR, et al.
**Defendants**

Civil No. 20-1725 (ADC)

### MOTION FOR JOINDER
***Re, Defendants' Motion for Extension (at #246)***

TO THE HONORABLE COURT:

COMES NOW the Asociación de Detallistas de Gasolina de Puerto Rico, Inc. (hereinafter "PRGRA"), through the undersigned, and respectfully informs that it joins defendants' *Motion for Requesting Extension of Time…* at #246.

WHEREFORE, PRGRA respectfully requests the Honorable Court to take notice of this joinder and grant Defendants' motion at #246.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY THAT, today, this document was filed through the CM / ECF system, which will automatically notify a faithful and exact copy to all attorneys of record.

In San Juan, Puerto Rico, on September 25, 2024.

*s/ Héctor Benítez Arraiza*
Héctor Benítez Arraiza – USDCPR 221,509
858 Ponce de León, PS6 - 3rd Floor, SJ 00927
P.O. Box 6667, San Juan, PR 00914-6667
hba@bapclegal.com & hbarraiza@gmail.com
Telephone: (787) 640-0192