IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUMA ENERGY CARIBE, LLC<br>**Plaintiff**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>**Defendants** | Civil No. 20-1591 (DRD) |
| TOTAL PETROLEUM PUERTO RICO, CORP.<br>**Plaintiff**<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.<br>**Defendants** | Civil No. 20-1725 (DRD) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW the Asociación de Detallistas de Gasolina de Puerto Rico, Inc. (or, "Puerto Rico Gasoline Retailers Association, Inc.", henceforth, "PRGRA"), through the undersigned legal representation, and very respectfully states and prays:

1. On June 14, 2023, PRGRA file a "*MOTION TO WITHDRAW PETITION TO FILE REPLY*" (at #153). The Motion requested to Withdraw an Opposition titled "*MOTION FOR LEAVE TO FILE REPLY AND FOR EXTENSION UNTIL JUNE 12, 2023, TO DO SO.*" (at #146)

2. For reasons unknown, on September 18, 2023 the ORDER (at #172) interpreted the Motion (at #153) as a Withdrawal of the representation as counsel of PRGRA by Miguel A. Rodriguez Rivera. As the motion itself state that wasn't the case. Therefore, it is the genuine interest in

the undersigned to be readmitted as counsel for PRGRA and to be notified for any entry in the "docket".

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY THAT, today, this document was filed through the CM / ECF system, which will automatically notify a faithful and exact copy to all attorneys of record.

In San Juan, Puerto Rico on February 20, 2025.

*s/ Miguel A. Rodríguez Rivera*
Miguel A. Rodríguez Rivera – USDCPR 229413
219 Las Marías Ave., Urb. Hyde Park
San Juan, PR 00927
Email: licenciadorodriguez@me.com
Tel. (787) 765-1414