UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO ENERGY CARIBE LLC, *Plaintiff,* v. COMMONWEALTH OF PUERTO RICO, *et al. Defendants.* | CIVIL No. 20-1591 (ADC) |

INFORMATIVE MOTION REGARDING COUNSEL'S ABSENCE FROM JURISDICTION

**TO THE HONORABLE COURT:**

**COMES NOW** the **Commonwealth of Puerto Rico**; **Hon. Jennifer González**, in her official capacity as Governor of Puerto Rico; the Secretary of Justice; **Guarionex Díaz-Martínez**, in his official capacity as Deputy Secretary of Antitrust Affairs; and the Secretary of the Department of Consumer Affairs (hereinafter "Defendants"), without waiving any right or defense arising from Title III of *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§2101 *et seq.*, and the Commonwealth's Petition under said Title or under this case and, through the undersigned attorney, very respectfully **ALLEGE, STATE** and **PRAY** as follows:

1. The undersigned counsel respectfully informs the Honorable Court that she will be out of the jurisdiction from June 12, 2025, to July 5, 2025. She will be returning to the office on July 7, 2025.

2. Thus, it is respectfully requested that any hearing is scheduled after July 7, 2025. It is further requested that, should Plaintiffs file any motion requesting remedy during the dates mentioned above, that Defendants be granted fourteen (14) days after the undersigned's return to the office to duly respond.

**WHEREFORE** it is respectfully requested that this Honorable Court takes notice of the above stated and that any hearing is scheduled after July 7, 2025. It is further requested that, should Plaintiffs file any motion requesting remedy during the dates mentioned above, that Defendants be granted fourteen (14) days after the undersigned's return to the office to duly respond.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all attorneys of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on June 9th, 2025.

| | |
|---|---|
| **HECTOR SIACA FLORES**<br>Under Secretary of Justice<br><br>**TANIA FERNÁNDEZ MEDERO**<br>Interim Deputy Secretary<br>in Charge of Civil Litigation<br><br>**SUSANA I. PEÑAGARÍCANO BROWN**<br>Interim Director of Federal Litigation and Bankruptcy Division | *S/ Idza Díaz Rivera*<br>**IDZA DÍAZ RIVERA**<br>USDC No. 223404<br>Department of Justice of Puerto Rico<br>Federal Litigation Division<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2900 Ext. 1421<br>Email: idiaz@justicia.pr.gov |